IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JIMMY DOYLE BUMGARDNER, JR.**                    **PLAINTIFF**

VS.                    **CASE NO. 4:08CV00202 SWW**

**CITY OF BENTON, et al.**                    **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

DATED this 29th day of December, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE